CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
Daniel R. Schiess
Assistant United States Attorney
Nevada Bar No. 5483
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
dan.schiess@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America,** | **Case No. 2:94-cr-239-RFB-VCF** |
| Plaintiff, | |
| v. | **Motion to Dismiss Indictment** |
| **Richard Adams, Gillard McCariola, and Alfredo Rodriguez,** | |
| Defendants. | |

**CERTIFICATION:  This Motion is timely filed.**

The United States seeks leave of Court under Fed. R. Crim. P. 48(a) to dismiss the indictment against defendants Richard Adams, Gillard McCariola, and Alfredo Rodriguez. The United States seeks this leave because defendants were indicted in 1994 on one or more felony charges involving their participation in a staged

automobile accident scheme, have been in fugitive status since indictment, and due to the time lapse since indictment, the government cannot prove the charges against the defendants. Therefore, leave should be granted to dismiss the indictment against these defenants.

**DATED** this 11th day of February 2022.

                                      CHRISTOPHER CHIOU
                                      Acting United States Attorney

                                      /s/ Daniel R. Schiess
                                      Assistant United States Attorney

CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
Daniel R. Schiess
Assistant United States Attorney
Nevada Bar No. 5483
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
dan.schiess@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| **United States of America,** | |
| Plaintiff, | **Case No. 2:94-cr-239-RFB-VCF** |
| v. | **Order Dismissing Indictment** |
| **Richard Adams,** **Gillard McCariola, and** **Alfredo Rodriguez,** | |
| Defendants. | |

The United States has sought leave to dismiss the indictment against defendants Richard Adam, Gillard McCariola, and Alfredo Rodriguez under Fed. R. Crim. P. 48(a). In support, the United States represents that because the charges are nearly 27 years old and the defendants have been in fugitive status since then, the government cannot prove the charges against the defendants.

3

Based on the foregoing, IT IS HEREBY ORDERED that the indictment against defendants Richard Adams, Gillard McCariola, and Alfredo Rodriguez is dismissed.

**DATED** this 2nd day of March, 2022.

                                             _____
                                             Honorable Richard F. Boulware, II
                                             United States District Judge